IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| PETER McKAY,<br><br>    Plaintiff,<br>vs.<br><br>DATA-CENTRAL COLLECTION,<br><br>    Defendant. | Case No.: 1:09-cv-00280-AWI-SMS<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE<br><br>FILED<br>JAN 19 2010<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY CLERK |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 1-19-10

*[signature]*

The Honorable Judge
~~Sandra M. Snyder~~ Anthony W. Ishii
United States District Judge